# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 21-00355 | Date | September 1, 2021 |
| Title | United States v. Tyler Mishael Green | | |

Present: The Honorable  Margo A. Rocconi, United States Magistrate Judge

| Erica Bustos | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**     ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.